UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Rafael Navarro** Defendant. | Magistrate Case No. 08 MJ 1367 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

2008 MAY -1 AM 11: 26

The undersigned complainant, being duly sworn, states:

On or about **April 18, 2008,** within the Southern District of California, defendant, **Rafael Navarro**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **May, 2008.**

UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**NAME: Navarro, Rafael**

TWM

## PROBABLE CAUSE STATEMENT

On April 18, 2008, an agent with the United States Border Patrol apprehended the defendant, Rafael Navarro, for Illegal Entry into the United States. He was subsequently booked into San Diego County Jail for Violation of Parole, PC 3056. A Border Patrol Agent placed an immigration hold, (Form I-247), on April 23, 2008. The defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California, on April 30, 2008.

A Deportation Officer conducted a thorough review of the Alien Registration File and immigration computer databases. These checks identified the defendant as a citizen of Mexico who was previously removed from the United States to Mexico. Information gathered from the Alien Registration File indicates the defendant was most recently ordered removed from the United States by an Immigration Judge on April 1, 2008; and removed to Mexico the same day via the Calexico, California, Port of Entry. Record checks further indicated that the defendant had not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States lawfully.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Rafael Navarro, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

The defendant was admonished as to his rights per Miranda by an Immigration Officer and witnessed by an Immigration Enforcement Agent, acknowledged his rights and elected to answer questions without counsel present.

The defendant admitted his name was Rafael Navarro, he is a citizen of Mexico by virtue of birth in Michoacan, Mexico, on November 25, 1974. The defendant acknowledged he was removed to Mexico from the United States on April 1, 2008, pursuant to a removal order by an immigration judge and further admitted he entered the United States on or about April 18, 2008, by jumping over the U.S.-Mexico border fence east of Tecate, Ca., and did not present himself for inspection before an immigration officer and also admitted he did not obtained a waiver to re-enter the United States lawfully.

Based upon the foregoing information, there is probable cause to believe that Rafael Navarro has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.